JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OCHOA ASTUDILLO, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>GREYHOUND LINES, INC., a Delaware corporation; CLAUDIO ARRIOLA, an individual; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.: 2:21-cv-02038 PA(PDx)<br><br>*Assigned to the Honorable Judge Percy Anderson, Magistrate Judge Patricia Donahue, Courtroom 9A*<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br><br>Action Filed: May 7, 2020<br>Trial date:    March 8, 2022 |

///

///

**ORDER**

For good cause shown and based upon the joint stipulation of the Parties to this action, IT IS HEREBY ORDERED Plaintiff FERNANDO OCHOA ASTUDILLO's Complaint is dismissed with prejudice; and all parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated:  November 29, 2021

_____
Percy Anderson
UNITED STATES DISTRICT COURT JUDGE